Gladys McKinney, as Administrator of the Estate of Lester W. McKinney, Deceased, Plaintiff-Appellant, v. Edward Burtle Evans, Defendant-Appellee.

Gen. No. 10,254.

Third District.

February 18, 1960.

Rehearing denied March 18, 1960.

Released for publication March 18, 1960.

Willis P. Ryan (Harlan Heller and Orville F. Schoch, of counsel) for appellant; William F. Meehling and Victor C. Miller, of Snavely, Miller, and Meehling, for appellee. Opinion by PRESIDING JUSTICE REYNOLDS. Not to be published in full.